IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2012 JUN -8 AM 11: 33

_Emma Cochran_

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

_City of Germantown_

(Enter above the full name of the defendant
or defendants in this action.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit
      Plaintiffs: _N A_

      Defendants: _____

      2.  Court (if federal court, name the district; if state court, name the county): _____
      3.  Docket Number: _____
      4.  Name of judge to whom case was assigned: _____
      5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
      6.  Approximate date of filing lawsuit: _____
      7.  Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: **N/A**

A. Is there a prisoner grievance procedure in the institution?
Yes ( )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No ( )

C. If your answer is Yes:
  1. What steps did you take? **N/A**

  2. What was the result? _____

D. If your answer is No, explain why not: _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff **N/A**

Address _____

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant **City of Germantown** is employed as

at _____

C. Additional Defendants: **Pat McConnell, Patric Lawton, Reynolds, Douglas, Starry, Stigger**

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

I was injured on the job in 08 after my WC started I was denied light duty the City was paid 497.00 a week and I was paid $259.00. I was harrased mistreated discriminated against after my injury to my arms I injured my leg the men conspired to lie about that injury, got another employee to lie to Labor Board when they investigated my claims. I was never warned about not coming to work because they knew it was work related, please find attachments.

Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

My Job back or pay me my Salary until my Retirement age. I believe I can work with Restrictions. I am 57 years in age. I am to old to try to start over. You cannot find employers that want a person that is injured.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __7__ day of __May__, 20__12__.

_Emma Cochran_
(Signature of Plaintiff/Plaintiffs)